STATE of Minnesota, Respondent,

v.

**Joel Robert SHARP, petitioner, Appellant.**

No. C2–98–1301.

Supreme Court of Minnesota.

Oct. 12, 1999.

ORDER

It now appearing that the petition for further review of the decision of the Court of Appeals in this matter was improvidently granted by this court,

IT IS HEREBY ORDERED that the May 26, 1999, order of this court granting review of the March 9, 1999, order opinion of the Court of Appeals be, and the same is, vacated and the appeal is dismissed.

BY THE COURT:

Kathleen A. Blatz
Kathleen A. Blatz
Chief Justice